PD-0316&0317-15

PD-0316-15 & PD-0317-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/23/2015 12:45:09 PM
Accepted 3/25/2015 1:31:23 PM
ABEL ACOSTA
CLERK

PDR No. _____

Court of Appeals Nos. 13-13-00618-CR & 13-13-619-CR

| | | |
|---|---|---|
| JAMES ROBERT MONTOYA | § | IN THE TEXAS COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AT AUSTIN, TEXAS |

## PETITIONER'S CORRECTED MOTION FOR EXTENSION OF TIME TO FILE *PRO SE* PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes JAMES ROBERT MONTOYA, Petitioner in the above styled and numbered cause, and moves this Court for a 90-day extension to file his Petition for Discretionary Review, and would show as follows:

1.     Petitioner has been convicted for the offenses of Aggravated Sexual Assault and Aggravated Kidnapping, and has been assessed sentences of 30 years and 10 years respectively, sentences to run concurrently.

2.     The Thirteenth District Court of Appeals issued an unpublished decision in this case on October 17, 2014. *James Robert Montoya v. State of Texas*, 13-13-00618-CR & 13-13-619-CR-CR (Tex.App.- Corpus Christi-Edinburg, March 12, 2015). The PDR in this case is due on or before April 13, 2015.

3.     The undersigned counsel is appointed and will not be continuing his

FILED IN
COURT OF CRIMINAL APPEALS

March 25, 2015

ABEL ACOSTA, CLERK

1

representation in this matter. Mr. Montoya has been advised of his right to retain counsel, or to proceed *pro se* in this court in seeking a Petition for Discretionary Review.

4.     In order for Mr. Montoya to either retain counsel, or to obtain the record and other necessary documents in which to prepare a PDR, the undersigned counsel requests this Court extend the deadline to file the PDR in this case by 90 days from the current due date.

5.     Mr. Montoya's personal information for the purposes of notices by this Court is as follows:

>Mr. James Robert Montoya
># TDCJ # 01893457
>TDCJ Byrd Unit
>21 FM 247
>Huntsville, TX 77320

**WHEREFORE, PREMISES CONSIDERED**, Petitioner prays that this Court grant this Motion, and grant an additional 90 days to file a PDR in this case

>Respectfully submitted,
>
>Law Office of Alexander L. Calhoun
>4301 W. William Cannon Dr., Ste. B-150, # 260
>Austin, TX 78749
>Tele: 512/ 420-8850
>Fax: 512/ 233 - 5946
>Cell: 512/ 731-3159

Email: alcalhoun@earthlink.net


BY:_/s/  *Alexander L Calhoun*

Alexander L. Calhoun
State Bar No.: 00787187

Attorney for James Robert Montoya


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2015, a copy of the above and foregoing motion

has been served upon the Travis County District Attorney's Office, at the following

address:

Travis County District Attorney
Capitol Station
P.O. Box 1748
Austin, TX 78767

 and by United States Mail to the  State Prosecution Attorney by U.S. Mail at the

following address:

State Prosecuting Attorney
P.O. Box 13046
Capitol Station
Austin, Texas 78711

by United States Mail.


 /s/    *Alexander L Calhoun*

Alexander L. Calhoun

3